IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LENORRIS T. BUTLER,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:13-cv-75 (MTT) |
| Warden **GRADY PERRY**, *et al.*, | ) |
| Respondents. | ) |

### ORDER

Before the Court is the Recommendation (Doc. 16) of Magistrate Judge Charles H. Weigle on the Respondents' motion to dismiss (Doc. 7) Lenorris T. Butler's 28 U.S.C. § 2254 habeas petition. The Magistrate Judge recommends granting the Respondents' motion because Butler failed to file his petition within the one-year limitations period of the Antiterrorism and Effective Death Penalty Act of 1996 and has not shown he is entitled to equitable tolling. The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Respondents' motion to dismiss (Doc. 7) is **GRANTED**.

Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, it does not appear the Petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000)

-2-

(explaining how to satisfy this showing) (citation omitted).  Consequently, a certificate of appealability is **DENIED**.

**SO ORDERED,** this 28th day of February, 2014.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT